# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION

: 3:09-md-02100-DRH-PMF

: MDL No. 2100

:

: Judge David R. Herndon

------------------------------------------------------------ :

**This Document Relates to:**

**ORDER**

*Shannon Moore v. Bayer Healthcare Pharmaceuticals, Inc., et al.* **No. 3:10-cv-12179-DRH-PMF**

*Kelly Davis v. Bayer Corp., et al.* **No. 3:10-cv-12184-DRH-PMF**

## ORDER

**HERNDON, Chief Judge:**

Plaintiffs in the above captioned matters have filed motions to vacate the order of dismissal entered on May 9, 2011 (*Moore*, Doc. 7; *Davis* Doc. 7) for failure to comply with the Plaintiff Fact Sheet Requirements found in Case Management Order Number 12. Plaintiffs state that they are in compliance with the relevant Plaintiff Fact Sheet Requirements (*Moore*, Doc. 9; *Davis* Doc. 9). Bayer is not opposed to Plaintiffs' motions (*Moore*, Doc. 10; *Davis* Doc. 10).

Accordingly, the Court hereby **VACATES** the Order dismissing without prejudice the above captioned actions and thereby **REINSTATES** the above captioned cases.

**SO ORDERED:**

Digitally signed by David R. Herndon
Date: 2011.05.24 11:58:55 -05'00'

**Chief Judge**  **Date: May 24, 2011**
**United States District**